UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AUGUSTINE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:17-cv-02605-WBS-GGH<br><br><br><br>ORDER |

The parties in this matter have stipulated to a Protective Order. ECF No. 14. The court has reviewed the stipulation and the order and, and a result of that review, finds the Order to be complete and consonant with the Rules of the Court.

In light of the foregoing IT IS HEREBY ORDERED that,

1. The Protective Order is approved with the following exceptions: Paragraph 8 does not apply to those persons listed in Paragraph 7(d) and (f).

**IT IS SO ORDERED.**

Dated: October 15, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1