**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
William E. Camy, SBN 291397
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, JAMES SCHAEFERS AND JOSEPH CAMPOY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AUGUSTINE, individually and as successor in interest to LOGAN AUGUSTINE, Deceased; TIFFANY AUGUSTINE, individually and as successor in interest to LOGAN AUGUSTINE, Deceased, <br><br> Plaintiffs, <br><br> V. <br><br> COUNTY OF SACRAMENTO; JAMES SCHAEFERS; JOSEPH CAMPOY; and DOES 1 - 5, inclusive, <br><br> Defendants. <br> _____/ | CASE NO. 2:17−CV−02605−WBS−AC <br><br> **[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DECLARATION OF JAMES SCHAEFERS** <br><br> Date: April 3, 2019 <br> Time: 10:00 am <br> Ctrm: 26 <br> Judge: Allison Claire <br><br> Complaint Filed: 12/12/2017 |

Defendants County of Sacramento, James Schaefers, and Joseph Campoy's Request to Seal Documents is GRANTED.

IT IS ORDERED that:

1. The Declaration of Sergeant James Schaefers shall be filed under seal.

2. The Court and its staff, along with counsel for Mr. Schaefers, shall be the only persons to have access to Mr Schaefers' declaration as it contains sensitive private healthcare information.

///

3. The foregoing documents will remain under seal until the conclusion of this litigation, after which point they will be destroyed.

**IT IS SO ORDERED.**

Dated: March 25, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706