**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
William E. Camy, SBN 291397
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants
COUNTY OF SACRAMENTO, JAMES SCHAEFERS AND JOSEPH CAMPOY

**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
TEL: 916.444.5678
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AUGUSTINE, individually and as successor in interest to LOGAN AUGUSTINE, Deceased; TIFFANY AUGUSTINE, individually and as successor in interest to LOGAN AUGUSTINE, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SACRAMENTO; JAMES SCHAEFERS; JOSEPH CAMPOY; and DOES 1 - 5, inclusive, <br><br> Defendants. <br> _____/ | CASE NO. 2:17−CV−02605−WBS−AC <br><br> **STIPULATION TO CONTINUE THE EXPERT DISCLOSURE AND DISCOVERY DEADLINES; [PROPOSED] ORDER** <br><br> Complaint Filed: 12/12/2017 |

This Stipulation is entered into by and between Plaintiffs ROBERT AUGUSTINE, individually and as successor in interest to LOGAN AUGUSTINE, Deceased; TIFFANY AUGUSTINE, individually and as successor in interest to LOGAN AUGUSTINE, Deceased, ("Plaintiffs") and Defendants COUNTY OF SACRAMENTO; JAMES SCHAEFERS; JOSEPH CAMPOY ("Defendants") through their counsel of record.

{01987859.DOCX}            1
**STIPULATION TO CONTINUE THE EXPERT DISCLOSURE AND DISCOVERY DEADLINES; [PROPOSED] ORDER**

The Court previously set the deadline to disclose experts to be May 6, 2019, the deadline to disclose supplemental/rebuttal experts to be June 6, 2019, and the deadline to complete discovery to be July 12, 2019. Dckt. No. 11.

Given the issues presented by this case, the parties are still in the process of completing discovery that needs to be completed prior to the disclosure of expert witnesses and expert witnesses' reports. The parties have conferred and agree to continue the expert disclosure deadline to June 7, 2019, the supplemental/rebuttal expert disclosure deadline to June 28, 2019, and the discovery deadline to August 9, 2019. The parties submit good cause exists to extend the aforementioned deadlines. The parties further submit that continuing the aforementioned deadlines will not impact the Court's schedule. Specifically, continuing these deadlines will not disturb the last day to file dispositive motions and/or the trial date.

**IT IS SO STIPULATED.**

Dated: March 28, 2019　　　　　　　　　PORTER SCOTT
　　　　　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION


　　　　　　　　　　　　　　　　　　　　By /*s/ William E. Camy*
　　　　　　　　　　　　　　　　　　　　　　William E. Camy
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants


Dated: March 28, 2019　　　　　　　　　LAW OFFICE OF STEWART KATZ

　　　　　　　　　　　　　　　　　　　　By */s/ Stewart Katz - as authorized on 3/25/2019*
　　　　　　　　　　　　　　　　　　　　　　Stewart Katz
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

///
///
///
///
///
///
///

{01987859.DOCX}　　　　　　　　　　　　2
**STIPULATION TO CONTINUE THE EXPERT DISCLOSURE AND DISCOVERY DEADLINES; [PROPOSED] ORDER**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

# [~~PROPOSED~~] ORDER

Based upon the Stipulation of the parties:

1. The deadlines previously set for the disclosure of expert witnesses, supplemental/rebuttal expert witnesses, and to complete discovery are vacated.
2. The new deadline to disclose expert witnesses is June 7, 2019.
3. The new deadline to disclose supplemental/rebuttal expert witnesses is June 28, 2019.
4. The new deadline to complete discovery is August 9, 2019.

**IT IS SO ORDERED.**

**DATED:** March 28, 2019

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE