**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiffs
ROBERT AUGUSTINE, individually and as successor in interest to
LOGAN AUGUSTINE, Deceased; TIFFANY AUGUSTINE, individually
and as successor in interest to LOGAN AUGUSTINE, Deceased

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AUGUSTINE, individually and as successor in interest to LOGAN AUGUSTINE, Deceased; TIFFANY AUGUSTINE, individually and as successor in interest to LOGAN AUGUSTINE, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SACRAMENTO; JAMES SCHAEFERS; JOSEPH CAMPOY; and DOES 1 through 5, inclusive, <br><br> Defendants. | NO. 2:17-cv-02605-WBS-AC <br><br> **ORDER GRANTING DISMISSAL WITH PREJUDICE** |

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice. Each party is to bear its/their own fees and costs, including all attorneys' fees.

Dated: July 26, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE